percentage of the amount of subscription for bonds to be delivered therewith, it does not appear that under the contract as pleaded any sale of stock to defendant in addition to the bonds he subscribed for was in fact made. Defendant agreed to pay for the bonds as calls were made on him for payment, according to the provisions of the underwriting agreement. Such calls were made, and he failed and neglected to respond. The telephone company was at all times, and is now, as the complaint alleges, able and ready to deliver the bonds in fulfillment of the contract when defendant should comply with his part of the agreement. We think the complaint states a complete cause of action against the defendant.

Interlocutory judgment reversed, with costs, and demurrer overruled, with costs, with leave to defendant to plead over on payment of costs hereby allowed. All concur.

---

### UNION TRUST CO. v. FINUCANE.

(Supreme Court, Appellate Division, Fourth Department. March 4, 1908.)

Appeal from Special Term, Monroe County.

Action by the Union Trust Company against Thomas R. Finucane. From an interlocutory judgment sustaining a demurrer to the complaint, plaintiff appeals. Reversed, and demurrer overruled, with leave to defendant to plead over.

Argued before McLENNAN, P. J., and SPRING, WILLIAMS, KRUSE, and ROBSON, JJ.

PER CURIAM. Interlocutory judgment reversed, with costs and demurrer overruled, with costs, with leave to defendant to plead over upon payment of the costs of the demurrer and of this appeal, upon the opinion of ROBSON, J., in the case of Union Trust Co. v. Sickels (decided at this term of court) 109 N. Y. Supp. 262.

---

### UNION TRUST CO. v. RAUBER.

(Supreme Court, Appellate Division, Fourth Department. March 4, 1908.)

Appeal from Special Term, Monroe County.

Action by the Union Trust Company against John N. Rauber. From an interlocutory judgment sustaining a demurrer to the complaint, plaintiff appeals. Reversed, and demurrer overruled, with leave to defendant to plead over.

Argued before McLENNAN, P. J., and SPRING, WILLIAMS, KRUSE, and ROBSON, JJ.

PER CURIAM. Interlocutory judgment reversed, with costs, and demurrer overruled with costs, with leave to defendant to plead over upon payment of the costs of the demurrer and of this appeal, upon the opinion of ROBSON, J., in the case of Union Trust Co. v. Sickels (decided at this term of court) 109 N. Y. Supp. 262.